IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

1. **Renee Eilene Johnson,**             )
                                          )
             Plaintiff,                   )
                                          )
v.                                        )   Case No. 23-cv-169-SEH-CDL
                                          )
1. **PC Woodland Manor, LLC,** an Oklahoma foreign liability company, )
                                          )
2. **Bridge Property Management, LLC,** An Oklahoma foreign limited liability company, )
                                          )
3. **RPM Living**, LLC, an Oklahoma registered foreign Limited Liability Company, )
                                          )
4. **Vesta Realty, LLC**, an Oklahoma foreign limited liability company, )
                                          )
5. **Woodland Manor's Best Living, LLC**, an Oklahoma foreign limited liability company, )
                                          )
6. **Skylar Rae Mosby-Gudmundsson**, in her capacity as agent for the corporate entities and in her individual capacity, )
                                          )
7. **Woodland Manor TIC 1, LLC**, an Oklahoma foreign limited liability company, )
                                          )
8. **Varia US Tulsa, LLC**, a Delaware Limited Liability Company, )
                                          )
9. **Varia US Holdings, LLC**, a Delaware Limited Liability Company, )

{00712925}

| | |
|---|---|
| **10. Varia US Properties, AG,** Switzerland, a Swiss real estate company, | ) ) ) ) |
| **11. Stoneweg Group**, a Geneva, Switzerland based international real estate and investment management firm, | ) ) ) ) ) ) |
| **12. Stoneweg Investments, LLC**, a Delaware Limited Liability Company, | ) ) ) ) |
| **13. Stoneweg US employees, LLC,** a Delaware Limited Liability Company, | ) ) ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**COMES NOW** the law firm of Best & Sharp and hereby requests of this Court an Order allowing the withdrawal of Attorney Jordan L. Berkhouse as counsel of record on behalf of the Defendants, Vesta Realty, LLC, Woodland Manor's Best Living, LLC, Woodland Manor TIC 1, LLC, and Skylar Rae Mosby-Gudmundsson.

In support of this Motion, counsel would advise the Court as follows:

1. Attorney Jordan L. Berkhouse is no longer employed with the law firm of Best & Sharp as of July 26, 2024, and moves this Court to allow his withdrawal from the case.

2. The firm of Best & Sharp and the undersigned attorney has already entered an appearance in this case.

3. A proposed Order permitting the withdrawal is submitted for the Court's review and consideration.

**WHEREFORE**, the law firm of Best & Sharp hereby applies to this Court for an Order granting the withdrawal of Attorney Jordan L. Berkhouse as counsel for these Defendants.

Respectfully submitted,

BEST & SHARP

*s/Benjamin D. Reed*
Benjamin D. Reed, OBA #22696
1 West Third Street, Suite 900
Williams Center Tower I
Tulsa OK 74103
Telephone: (918) 582-1234
Facsimile: (918) 585-9447
breed@bestsharp.com

*Attorneys for Defendants,*
*Vesta Realty, LLC, Woodland Manor's Best*
*Living, LLC, Woodland Manor TIC 1, LLC,*
*and Skylar Rae Mosby-Gudmundsson*

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Teressa L. Webster, OBA #30767
Teressa.Webster@laok.org
*Attorneys for Plaintiff*

J. Randall Coffey, Admitted Pro Hac Vice
rcoffey@fisherphillips.com
*Attorney for Defendant, Bridge Property Management, L.C.*

Nathan L. Whatley, OBA #14601
nathan.whatley@mcafeetaft.com
*Attorney for Defendants, PC Woodland Manor, LLC,*
*Varia US Tulsa, LLC, Varia US Holdings, LLC,*
*Stoneweg US Employees, LLC, and Stoneweg*
*Investments, LLC*

*s/Benjamin D. Reed*