# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RENEE EILENE JOHNSON,** | |
| Plaintiff, | |
| v. | Case No. 23-CV-00169-SEH-CDL |
| **PC WOODLAND MANOR, LLC et al.** | |
| Defendants. | |

## ORDER

Before the Court are the following motions:

- Motion to Dismiss and Brief in Support of Defendant Skylar Rae Mosby-Gudmundsson [ECF No. 58];

- Motion to Dismiss and Brief in Support of Defendants Woodland Manor's Best Living, LLC, and Woodland Manor TIC 1, LLC [ECF No. 59];

- Motion to Dismiss and Brief in Support of Defendant Vesta Realty, LLC [ECF No. 60];

- Motion to Dismiss Plaintiff's Corrected First Amended Complaint and Brief in Support on Behalf of Defendant Bridge Property Management, L.C. [ECF No. 61]; and

- Defendants Varia US Tulsa, LLC, Varia US Holdings, LLC, Stoneweg Investments, LLC and Stoneweg US Employees, LLC's Motion to Dismiss Plaintiff's Amended Complaint with Brief in Support [ECF No. 63].

Upon due consideration of the record and the applicable authorities, the Court finds that the motions identified above, filed at [ECF Nos. 58, 59, 60, 61, 63], should be and are hereby DENIED.

DATED this 17th day of September, 2025.

_____
Sara E. Hill
UNITED STATES DISTRICT JUDGE