**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. **Renee Eilene Johnson**,<br><br>    Plaintiff,<br><br>v.<br><br>1. **PC Woodland Manor, LLC**, a foreign limited liability company,<br><br>2. **Bridge Property Management, LLC**, a foreign limited liability company,<br><br>3. **RPM Living, LLC**, a foreign Limited Liability Company,<br><br>4. **Vesta Realty, LLC**, a foreign limited liability company,<br><br>5. **Woodland Manor's Best Living, LLC**, a foreign limited liability company,<br><br>6. **Skylar Rae Mosby-Gudmundsson**, in her capacity as agent for corporate entities and in her individual capacity,<br><br>7. **Woodland Manor TIC 1, LLC**, a foreign limited liability company,<br><br>8. **Varia US Tulsa, LLC**, a Delaware Limited Liability Company,<br><br>9. **Varia US Holdings, LLC**, a Delaware Limited Liability Company,<br><br>10. **Varia US Properties, AG**, Switzerland, a Swiss real estate company,<br><br>11. **Stoneweg Group**, a Geneva, Switzerland based international | Case No. 23-cv-169-SEH-CDL<br><br>**JURY TRIAL DEMANDED** |

|  |  |
|---|---|
| real estate and investment management firm, | ) )  ) |
| **12. Stoneweg Investments, LLC**, a Delaware Limited Liability Company, | ) ) ) ) |
| **13. Stoneweg US Employees, LLC**, a Delaware Limited Liability Company, | ) ) ) ) |
| Defendants. | ) |

### DEFENDANT VESTA REALTY, LLC'S
### CROSS CLAIM AGAINST DEFENDANT PC WOODLAND MANOR, LLC

COMES NOW this Defendant, Vesta Realty, LLC, by and through counsel, Benjamin D. Reed and Andrew C. Garrison, and for its Cross Claim against Defendant PC Woodland Manor, LLC (PC), alleges and states as follows:

1. PC (as the seller) and Defendants WMBL and WMT (as the buyer) are parties to a Purchase and Sale Agreement dated June 9, 2022 (the "Original PSA"), as amended by (i) a First Amendment to Purchase and Sale Agreement dated June 16, 2022, (ii) a Second Amendment to Purchase and Sale Agreement dated July 11, 2022, (iii) a Third Amendment to Purchase and Sale Agreement dated September 7, 2022, and (iv) a Fourth Amendment to Purchase and Sale Agreement dated September 29, 2022 (the "Fourth Amendment"; the Original PSA as amended by the above-described amendments is referred to herein as the "PSA").

2. Per the Fourth Amendment, PC had disclosed and provided a copy to Purchaser of the filing of a Housing Discrimination Complaint with the U.S. Department of Housing and Urban Development with respect to the Woodland Manor Apartments, which complaint was captioned *Renee Johnson v. PC Woodland Manor LLC, et al*, Inquiry No. 697674, Fair Housing Act Case No. 06-22-5010-8 (collectively with any amended, refiled, or otherwise

      related complaints or claims, the "Johnson Dispute").

3. Per the Fourth Amendment, PC, at its sole cost and expense, is obligated "to defend, indemnify and hold harmless Purchaser, its affiliates, and their respective agents, representatives, employees, and owners (collectively, the 'Purchaser Indemnified Parties') from, and will pay to the Purchaser Indemnified Parties the amount of, any and all actual losses, liabilities, obligations, claims, damages, penalties, fines, liens, assessments, litigation, demands, judgments, suits, proceedings, costs and expenses (including, without limitation, reasonable costs of investigation and defense and reasonable attorneys' and other professional fees) of any kind or of any nature, incurred or in any way arising from or in connection with the [Johnson Dispute], other than to the extent caused by the actions of or on behalf of Purchaser."

4. As written above, the indemnification applies to the original complaint that Plaintiff filed as well as "any amended, refiled, or otherwise related complaints or claims."

5. The Plaintiff's Corrected First Amended Complaint filed on September 14, 2023 is a refiled or otherwise related complaint or claim to the original complaint that Plaintiff filed.

6. The Purchaser Indemnified Parties include (i) WMBL and WMT (who assumed the rights of the Purchaser under the Fourth Amendment), (ii) this Defendant (who is WMBL and WMT's agent), and (iii) Skylar Mosby (who was an employee of this Defendant).

7. This Defendant as well as Defendants WMBL, WMT, and Skylar Mosby have previously sent a written demand to PC to fulfill its indemnification-related obligations under the Fourth Amendment.

8. Despite such demand, PC has not fulfilled its indemnification-related obligations under the Fourth Amendment. In fact, PC has denied such written demand and is in breach of its

contractual obligations.

9. Neither this Defendant nor Defendants WMBL, WMT, or Skylar Mosby is seeking indemnification for any liability their actions may have caused—i.e., any liability that their actions since Defendants WMBL and WMT purchased Woodland Manor Apartments on October 18, 2022 (and since this Defendant became the property manager of Woodland Manor Apartments on October 18, 2022) may have caused.

10. This Defendant as well as Defendants WMBL, WMT, and Skylar Mosby have incurred—and are continuing to incur—costs, expenses, and attorney's fees in the defense of the claims set forth in this lawsuit, for which PC is legally and contractually responsible.

11. While neither this Defendant nor Defendants WMBL, WMT, or Skylar Mosby hold any belief as to the veracity of the allegations of discriminatory or otherwise wrongful conduct claimed by the Plaintiff in this lawsuit, all such Defendants have incurred and continue to incur costs, expenses, and attorney's fees in the defense of the claims set forth in this lawsuit.

**WHEREFORE**, premises considered, Defendant, Vesta Realty, LLC respectfully requests judgment against Defendant PC Woodland Manor, LLC, as follows:

1. **For specific performance of the indemnity obligation:** An order from the court compelling PC to fulfill its contractual obligation to indemnify, defend, and hold harmless this Defendant from and against all claims, suits, liabilities, losses, damages, costs, expenses, and attorney fees associated with this lawsuit as required by the Fourth Amendment.

2. **For indemnification of past losses:** A judgment awarding this Defendant all past losses, damages, costs, expenses, and attorney fees incurred to date in defending against the

Plaintiff's claims, including:

    a.    **Defense costs:** All reasonable attorney's fees, costs, expenses, expert witness fees, and other litigation costs incurred in defending against the Plaintiff's claims in this lawsuit.

3. **For indemnification of future losses:** A judgment declaring that Defendant PC is obligated to indemnify and hold harmless this Defendant from any and all future losses, costs, expenses, and attorney's fees that may arise from defending the Plaintiff's claims or from any judgment or settlement awarded to the Plaintiff.

4. **For other costs:** An award for all other costs incurred in this action.

5. **For general relief:** For such other and further relief as the Court deems just and proper.

**JURY TRIAL DEMANDED**

Respectfully submitted,

BEST & SHARP

/s/ Ben Reed
Benjamin D. Reed, OBA #22696
Andrew C. Garrison, OBA #35614
1 West Third Street, Suite 900
Williams Center Tower I
Tulsa OK 74103
Telephone: (918) 582-1234
Facsimile: (918) 585-9447
breed@bestsharp.com
agarrison@bestsharp.com
*Attorneys for Defendants, Vesta Realty, LLC, Woodland Manor's Best Living, LLC, Woodland Manor TIC 1, LLC, and Skylar Rae Mosby-Gudmundsson*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on 15th day of October, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Teressa L. Webster, OBA #30767
Teressa.Webster@laok.org
*Attorneys for Plaintiff*

J. Randall Coffey, Admitted Pro Hac Vice
rcoffey@fisherphillips.com
*Attorney for Defendant, Bridge Property Management, L.C.*

Nathan L. Whatley, OBA #14601
nathan.whatley@mcafeetaft.com
*Attorney for Defendants, PC Woodland Manor, LLC, Varia US Tulsa, LLC, Varia US Holdings, LLC, Stoneweg US Employees, LLC, and Stoneweg Investments, LLC*


                /s/ Ben Reed