## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Renee Eileen Johnson,

                                    Plaintiff(s),          Case No.:23-cv-00169-SEH-CDL

vs.

PC Woodland Manor, LLC et al,                          **SETTLEMENT CONFERENCE REPORT**

                                    Defendant(s).

On June 2, 2026, a Settlement Conference was held in the captioned matter.

☐       The litigation was settled; within _____ days of the date
        hereof, the Plaintiff and Defendant shall file:

        --      a Stipulation of Dismissal
                        OR
        --      Agreed Judgment and
                Motion to Enter Agreed Judgment

☒       The litigation was not settled.

☒       Settlement negotiations are pending. The parties are to phone the
        undersigned by _____ on _____.
                                        *As to one Defendant*

DATED:  6/2/2026

                                        _____
                                        Randall J. Snapp, Adjunct Judge